UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C., a minor, by and through his Guardian Ad Litem, MELODY BURNHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>MOUNTAIN EMPIRE UNIFIED SCHOOL DISTRICT, and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO: 11-CV-1702 W (POR)<br><br>**ORDER DENYING CONSENT DECREE [DOC. 8] AND APPROVING AMENDED CONSENT DECREE [DOC. 9]** |

Pending before the Court are two consent decrees filed by the parties. The first decree ("Decree") was filed on August 23, 2011. The second decree ("Amended Decree") was filed on August 31, 2011. Having read and considered the papers, and good cause appearing, the Court **DENIES** the Decree [Doc. 8], and **APPROVES** the Amended Decree [Doc. 9] according to the terms agreed upon by the parties therein.

Consistent with the terms of the Amended Decree, this Court retains jurisdiction to award attorneys' fees and costs pursuant to 28 U.S.C. § 1920, 28 U.S.C. § 1988, and

1  California Civil Code § 1021.5. Jurisdiction over all other issues arising from this matter
2  shall be retained by the Magistrate Judge.

4  **IT IS SO ORDERED.**

6  DATED: September 6, 2011

_____
Hon. Thomas J. Whelan
United States District Judge